UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21cr10314 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| WILLIAM E. DYER, | ) | Count One: Tax Evasion |
| | ) | (26 U.S.C. § 7201) |
| Defendant | ) | |

INFORMATION

At all times relevant to this Information:

General Allegations

1. The defendant, WILLIAM E. DYER, resided in Hanover, Massachusetts.

2. DYER owned and operated Pilgrim Paving, a commercial and residential paving business in Massachusetts.

3. The Internal Revenue Service ("IRS") is an agency of the United States within the Department of the Treasury and is responsible for enforcing and administering the tax laws of the United States.

The Federal Tax Requirements

4. Individual taxpayers generally are required to accurately report each year to the IRS their income and attendant tax obligations on a Form 1040, U.S. Individual Income Tax Return. The IRS uses Form 1040 to assess taxpayers' tax liability. DYER and his spouse annually filed Forms 1040 as a married couple filing jointly.

5. DYER operated Pilgrim Paving as a sole proprietorship. For federal tax purposes, Pilgrim Paving's gross receipts and expenses were reported on IRS Schedule C, Profit or Loss from Business, as part of DYER and his spouse's Form 1040.

Underreported Gross Receipts & Income

6. During the years 2014 through 2018, Pilgrim Paving's gross receipts were at least $9.05 million.

7. DYER did not deposit all of Pilgrim Paving's gross receipts into Pilgrim Paving's business bank account. DYER instead diverted a portion of these gross receipts to himself by directing certain Pilgrim Paving customers to issue checks for Pilgrim Paving services to DYER personally and then cashing those checks.

8. DYER did not report these diverted gross receipts or other business receipts that he deposited into Pilgrim Paving's bank account on the tax returns that he signed for tax years 2014 and 2015, and DYER did not report these receipts or additional deposits to his tax preparer with respect to tax years 2016, 2017, and 2018, for which DYER's tax preparer signed tax returns. DYER represented to his tax preparer that he had no additional income for the tax years 2016, 2017, and 2018 beyond the income that he reported to the tax preparer.

9. By excluding from the tax returns he filed, and withholding from his tax preparer, those gross receipts of cash to DYER that were not deposited into Pilgrim Paving's business account and the amounts of the additional deposits into Pilgrim Paving's bank account, DYER reported and/or caused his tax preparer to report only approximately $7.35 million in gross receipts on his Schedules C for the tax years 2014 through 2018. In turn, DYER underreported and/or caused his tax preparer to underreport DYER's income and his attendant tax obligations on his Forms 1040.

10. In total, for the years 2014 through 2018, DYER underreported Pilgrim Paving's gross receipts by approximately $1.7 million, causing an underreporting of his income tax due and

owing by $597,881, which amount he did not pay over to the IRS. The underreporting is summarized in the following table:

|       | Actual Gross Receipts | Reported Gross Receipts | Unreported Gross Receipts | Additional Tax Due |
|-------|----------------------|-------------------------|---------------------------|--------------------|
| 2014  | $1,954,067.55        | $1,602,555.00           | $351,512.55               | $130,637.00        |
| 2015  | $1,695,710.18        | $1,374,201.00           | $321,509.18               | $116,326.00        |
| 2016  | $1,882,986.50        | $1,498,419.00           | $384,567.50               | $138,195.00        |
| 2017  | $1,719,238.00        | $1,422,778.00           | $296,460.00               | $108,375.00        |
| 2018  | $1,799,328.45        | $1,456,151.00           | $343,177.45               | $104,348.00        |
| Totals| $9,051,330.68        | $7,354,104.00           | $1,697,226.68             | $597,881.00        |

COUNT ONE
Tax Evasion
(26 U.S.C. § 7201)

The United States Attorney charges:

11. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 10 of this Information.

12. On or about January 1, 2018 through in or about April 2019, in the District of Massachusetts and elsewhere, the defendant,

WILLIAM E. DYER,

willfully attempted in any manner to evade and defeat income tax due and owing by him to the United States of America for the calendar year 2018 by committing the following affirmative acts, among others: (a) diverting gross receipts of his business to himself by directing certain customers to issue checks to him personally and then cashing those checks; (b) failing to report to his tax preparer those diverted gross receipts; (c) failing to report to his tax preparer additional business deposits of taxable gross receipts; (d) representing to his tax preparer that he had no additional income beyond the income reported to the tax preparer; and (e) preparing and causing to be prepared, and signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7201.

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ David M. Holcomb
DAVID M. HOLCOMB
Assistant U.S. Attorney

Date: October 25, 2021