UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.
21-CR-10314-WGY

UNITED STATES OF AMERICA
VS.
WILLIAM DYER

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Now comes the Defendant, William Dyer, and respectfully requests, pursuant to Gen. Order 21-16 issued by the Chief Justice of for the District of Massachusetts, that this Honorable Court continue the sentencing hearing scheduled for February 9, 2022 at 3:00 p.m. to a later date.

As grounds, Mr. Dyer states as follows:

1. As a result of the Covid-19 Pandemic, the Chief Justice of for the District of Massachusetts has issued a General Order directing Rule 11 and Sentencing Hearings to be continued for at least 90 days or be conducted via video conferencing in exceptional circumstances with the consent of the Defendant. Gen. Order 21-16.

2. Mr. Dyer wishes to appear in person for his sentencing hearing.

3. Undersigned counsel has conferred with opposing counsel via email regarding this motion.

5. Granting a continuance of the hearing is in the public's interest.

Counsel for the defendant appreciates the efforts made by this Court, the Probation Department and the government to expedite sentencing however due to this unforeseen development the defendant requests to be in person before this Court for sentencing.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

WHEREFORE, Mr. Dyer requests this Honorable Court to continue the sentencing hearing for the above-captioned matter to a date after March 17, 2022, as per Gen. Order 21-16.

>William Dyer,
>By his attorney
>
>/s/Kevin J. Reddington, Esq.

### CERTIFICATE OF SERVICE

I, Kevin J. Reddington, Esq., Attorney for the Defendant, William Dyer, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 14, 2022.

DEFENDANT'S MOTION TO CONTINUE SENTENCING

>/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186