02/01/2022

William Dyer
80 Meadowbrook Rd
Hanover, MA 02339

FILED
IN CLERKS OFFICE

2022 FEB -3  AM 11: 27

U S DISTRICT COURT
1 COURTHOUSE WAY STE 120
BOSTON, MA 02210

REF: 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

Dear U S DISTRICT COURT:

I am very concerned regarding the serious possibility that you have not followed the permissible purpose provisions of the federal FCRA. A credit inquiry for you, U S DISTRICT COURT, was placed within my Experian credit file in January, 2022. The Act specifies that you must document your reasons for requesting my report and, when in error, remove them as well. I am depending upon U S DISTRICT COURT to follow the statute: Either provide documentation that the law was followed by researching the matter at once, or remove this offending inquiry as soon as possible.

Yours truly,

William Dyer

*[signature]*