UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**Criminal No.**
**21-CR-10314-WGY**

UNITED STATES OF AMERICA

VS.

WILLIAM DYER

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SENTENCING**

Now comes the Defendant, William Dyer, in the above captioned matter, through counsel, who is a sole practitioner, and moves this Court for an order continuing the sentencing of the above captioned matter from March 31, 2022 at 3:00 p.m.

In support of the within motion counsel for the defendant states that he has been ordered to begin the trial of <u>Commonwealth vs. Marco Serpa</u> in Springfield Superior Court on March 24, 2022. A copy of the docket sheet is annexed hereto and incorporated herein by reference. Counsel has received the assent of Assistant United States Attorney David Holcomb to this request.

Wherefore it is requested that a short continuance be granted.

        William Dyer,
        By his attorney

        /s/Kevin J. Reddington, Esq.

**CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, William Dyer, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 23, 2022.

DEFENDANT'S ASSENTED TO MOTION TO CONTINUE SENTENCING

        /s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 12/03/2020 09:39 AM | Criminal 1 - Ct. Rm. 1 | | Final Pre-Trial Conference | | Not Held |
| 12/03/2020 10:00 AM | Civil A - Ct. Rm. 4 | SPRF-3rd FL, CR 5 (SC) | Conference to Review Status | Ferrara, Hon. John S | Held as Scheduled |
| 12/14/2020 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Not Held |
| 03/23/2021 09:30 AM | CR Session 4 - Ct. Rm 2 | | Final Pre-Trial Conference | | Held as Scheduled |
| 05/14/2021 09:30 AM | CR Session 3 - Ct. Rm 6 | SPRF-3rd FL, CR 2 (SC) | Trial Assignment Conference | Flannery, Hon. Francis E | Held via Video/Teleconference |
| 06/03/2021 09:00 AM | CR Session 5 - Ct. Rm 5 | SPRF-3rd FL, CR 4 (SC) | Trial Assignment Conference | Mulqueen, Hon. Jane E | Rescheduled |
| 06/30/2021 09:35 AM | CR Session 3 - Ct. Rm 6 | SPRF-3rd FL, CR 2 (SC) | Conference to Review Status | Flannery, Hon. Francis E | Rescheduled |
| 07/30/2021 09:00 AM | CR Session 2 - Ct. Rm 3 | SPRF-3rd FL, CR 2 (SC) | Conference to Review Status | Callan, Hon. Michael K | Held via Video/Teleconference |
| 07/30/2021 09:15 AM | CR Session 2 - Ct. Rm 3 | SPRF-3rd FL, CR 2 (SC) | Trial Assignment Conference | Callan, Hon. Michael K | Held as Scheduled |
| 09/22/2021 09:35 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Conference to Review Status | Flannery, Hon. Francis E | Rescheduled |
| 10/01/2021 09:35 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Conference to Review Status | Flannery, Hon. Francis E | Held as Scheduled |
| 11/08/2021 09:07 AM | Criminal 1 - Ct. Rm. 1 | | Jury Trial | | Rescheduled |
| 02/01/2022 09:00 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Trial Readiness Conference | Mulqueen, Hon. Jane E | Held via Video/Teleconference |
| 02/15/2022 09:07 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Jury Trial | Mulqueen, Hon. Jane E | Rescheduled |
| 03/18/2022 02:00 PM | CR Session 6 - Ct. Rm 7 | SPRF-2nd FL, CR 7 (SC) | Conference to Review Status | Goodwin, Hon. Karen | Held as Scheduled |
| 03/21/2022 02:00 PM | CR Session 6 - Ct. Rm 7 | SPRF-2nd FL, CR 7 (SC) | Final Trial Conference | Goodwin, Hon. Karen | Held as Scheduled |
| 03/24/2022 09:07 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Jury Trial | Mulqueen, Hon. Jane E | Not Held |
| 03/24/2022 09:10 AM | CR Session 6 - Ct. Rm 7 | SPRF-2nd FL, CR 7 (SC) | Jury Trial | Goodwin, Hon. Karen | |
| 03/25/2022 09:00 AM | CR Session 6 - Ct. Rm 7 | SPRF-2nd FL, CR 7 (SC) | Jury Trial | Goodwin, Hon. Karen | |

Comm v Marco Serpa
Springfield Superior Court
No 1579CR00617