LAW OFFICES OF
# KEVIN J. REDDINGTON

ASSOCIATE
PATRICK H. REDDINGTON

November 10, 2021

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

IRS-RACS
ATTN: Mail Stop 6261-Restitution
333 W. Pershing Avenue
Kansas City, MO  64108

RE:   William Dyer/Pilgrim Paving
      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

Dear Sir/Madam:

Enclosed please find the following checks in payment;

- Check #1500    $130,637.00    Tax Year 2014
- Check #1501    $116,326.00    Tax Year 2015
- Check #1502    $138,195.00    Tax Year 2016
- Check #1503    $108,375.00    Tax Year 2017
- Check #1504    $104,348.00    Tax Year 2018

Please note that this is advanced payment of restitution that will result for a guilty plea that will be entered in the near future by Mr. Dyer.

Thank you for your attention.

Very truly yours,

Kevin J. Reddington

KJR/lam
Encl
cc: David Holcomb, Assistant U.S. Attorney
    William Dyer

| | | |
|---|---|---|
| KEVIN J. REDDINGTON<br>ATTORNEY AT LAW<br>IOLTA ACCOUNT<br>1342 BELMONT STREET<br>BROCKTON, MA 02301 | | 1500<br>53-179-113<br>CHECK AMOUNT<br>$130,637.00 |

DATE: 11-15-21

PAY TO THE ORDER OF: Internal Revenue Service

AMOUNT: One Hundred Thirty Thousand Six Hundred Thirty Seven DOLLARS

DESCRIPTION: 304 - William Diep
Pilgrim Saving
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

CHECK NUMBER: 1500

Eastern Bank
BROCKTON, MA 02301
1-800-EASTERN/easternbank.com

⑆001500⑆ ⑆011301798⑆ 93 56898 748⑆

**KEVIN J. REDDINGTON**
ATTORNEY AT LAW
IOLTA ACCOUNT
1342 BELMONT STREET
BROCKTON, MA 02301

53-179-113

**1501**

DATE 4-10-21

PAY TO THE ORDER OF: Internal Revenue Service

AMOUNT: One Hundred Sixteen Thousand Three Hundred Twenty Six DOLLARS

Eastern Bank
BROCKTON, MA 02301
1-800-EASTERN/easternbank.com

325

DESCRIPTION: 305 William Dr Pilgrim Paving 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

CHECK NUMBER: 130

CHECK AMOUNT: $116,326.00

⑆00⑆50⑆  ⑆011130179⑆  93  5689874811⑆

**KEVIN J. REDDINGTON**
ATTORNEY AT LAW
IOLTA ACCOUNT
1342 BELMONT STREET
BROCKTON, MA 02301

325

53-179-113

1502

DATE 11/1/11

PAY TO THE ORDER OF Internal Revenue Service

AMOUNT OF One Hundred Thirty Eight Thousand One Hundred Five DOLLARS

Eastern Bank
BROCKTON, MA 02301
1-800-EASTERN/easternbank.com

DESCRIPTION: William Der Pilgrim Ravine 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

CHECK NUMBER 1502

CHECK AMOUNT $138,105.00

Olivia R Mathes

⑅"001502⑅" ⑅:011301798⑅: 93 5689874 8⑅"

**KEVIN J. REDDINGTON**
ATTORNEY AT LAW
IOLTA ACCOUNT
1342 BELMONT STREET
BROCKTON, MA 02301

1503

53-179-113

DATE 11/3/21

PAY TO THE ORDER OF: Internal Revenue Service

AMOUNT OF: One Hundred Eight Thousand Three Hundred Seventy-Five DOLLARS

Eastern Bank
BROCKTON, MA 02301
1-800-EASTERN/easternbank.com

325

EXPLANATION: 2019 William Dyer / Pilgrim Paving / 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

CHECK NUMBER: 1503

CHECK AMOUNT: $108,375.00

⑈00₁503⑈ ⑆011301798⑆ 93 56898748⑈

**KEVIN J. REDDINGTON**
ATTORNEY AT LAW
IOLTA ACCOUNT
1342 BELMONT STREET
BROCKTON, MA 02301

1504
53-179-113

DATE 11/02/11

PAY TO THE ORDER OF Internal Revenue Service

AMOUNT One Hundred Four Thousand Three Hundred Forty Eight DOLLARS

Eastern Bank
BROCKTON, MA 02301
1-800-EASTERN/easternbank.com

325

DESCRIPTION: 2018 William Duer
Pilgrim Paving
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

CHECK NUMBER 1504
CHECK AMOUNT $104,348.00

⑈00⑈504⑈ ⑈011301798⑈ 93 56898748⑈