January 12, 2022

    I am writing this letter to voice my opinion on my Uncle William Dyer. I am currently 24 years old with a child on the way and just closed on my first piece of property. I recently graduated from Massachusetts Maritime Academy and sail in the Merchant Marines a few months on, a few months off. However, I wouldn't be living in the shoes I am now if it weren't for my uncle.

    My parents got divorced when I was in high school, and my uncle stepped in to help my mother and has treated me like a son since. When times were tough it would have been easy to get mixed in with the wrong crowd. Like most kids during a divorce. Instead, he kept me clear from drugs and alcohol and pushed for me to go the Academy. Right when he found out I got accepted he bought me a laptop. He supports our family like no one else. His morals of being an extremely hardworking honest man has trickled down to me and is what got me through that school.

    I am always told nobody's perfect; we all have our flaws. It still has not hit me yet that of all people my uncle could be in trouble. He is the most honest and down to earth man I have ever met. He wants nothing but the best for anyone. He is the guy you call whenever you get in a jam or need help. He is the backbone for our entire family. This is not just affecting him; it's affecting all of us. There is good and there is bad. And of all people I can promise you that he is not even close to being on the bad side.

    I appreciate it if you took the time to hear my point of view.

Respectfully,

Brian Lavallee

January 6, 2022

To Whom It May Concern:

Overnight on January 31, 2013 there was a fire and I lost everything. My lobster boat which I had built decades before was a complete loss, burned to the waterline. For a lifelong lobsterman that is everything. It was a devastating blow to my business and to my family. Amazingly, just a few weeks later a group of my good friends organized a benefit to raise money so I could replace my boat and pay my mortgage so I would not lose my home.

Bill Dyer and I have been good friends since we were classmates at South Shore Vocational Technical High School in the early 1980's. Although, we weren't in touch on a regular basis, from what I am told, when Bill heard I was in trouble, he was one of the first to reach out to ask how he could help. He donated a high-value paving job for the silent auction which helped raise enough money to get me back on my feet and back in business.

I ask you to consider, Bill's generosity and kindness for others when deciding his sentence. I strongly believe he could do more good if he were required to pay the restitution, and donate funds and his time to community service organizations which would give him the opportunity to help others.

Thank you for your consideration in this matter.

Sincerely,

Tucker Patterson

Steven Bromberg
70 Meadowbrook Road
Hanover, MA 02339

3/6/2022

RE: William Dyer

To The Honorable Judge William G. Young,

I have known William (Bill) for over 25 years after moving in next door to him and his family. Anytime Bill was out working in his yard, and I working in my yard, he always made it a point to say hi, and ask how I was doing. Often, he would stop at the end of my driveway when coming home from a 12-hour day, shut his truck off, and chat with me. I have always considered Bill a stand-up guy, who strives to do right by people.

Over the years, there has been countless times Bill has helped me, from leveling a spot in my yard for a pool, to helping clear an area of brush on my property, and then bringing in loam and spreading it to plant grass. Bill has been a lifesaver by plowing my driveway, and other neighbor's driveways every snowstorm. He is always willing to lend a hand.

Bill and I are close in age. His two youngest kids and my two youngest kids are the same ages and grew up as friends. We also both have fathers that were hard-working union members in the construction trade. Now, they are both declining with health issues. While my father has my mother there for him, Bill has been the primary caretaker for his father, who has Alzheimer's Disease. When Bill wasn't thrilled with the care his father was receiving in a nursing home, he brought him home to his house. There are home care workers during the day for him, but Bill takes care of him at night. It would devastate Bill if he couldn't be there for his father.

Bill understands the seriousness of his misjudgment and took full responsibility for it. He has hired a better accountant to help him understand the business financials, and to help guide him going forward. Bill takes pride in his work and is well-respected by his customers. I hope this letter is taken into consideration when determining his sentence.

Sincerely,
Steven Bromberg
*Steve Bromberg*

Monday December 27, 2021

Douglas S Smith Jr
495 Laurel Street
Halifax, MA. 02338

Re: William Dyer

To Whom It May Concern,

My name is Douglas Smith and I'm writing this letter to provide a character reference for Mr. William Dyer who I've known as a close friend for over forty years. I am furnishing this reference in full acknowledgement of the charges against William and feel obligated to offer him my support at which time I'm requesting the court to take into consideration that his error was not purposely intended.

I have known William to be an honest and outstanding citizen of the community as he has always given of himself and has had a strong reputation of being a generous donator to many worthy charities including Cardinal Cushing and the Hanover Police Boys Club.

I've come to understand that William has realized the charges against him are to be regarded in the most serious manner and it comes to no surprise that he has accepted responsibility and has offered to correct the situation immediately.

William is a wonderful loving husband, father and grandfather who has taken great pride and dignity in raising his family and is certainly setting a positive example meeting the courts requirements and conditions.

If you have any further questions, please feel free to contact me.

Sincerely,

Douglas S Smith Jr
617-088-0808