Fwd: I William Dyer was born with adhd and a cleft palate. I was always...

From: kevin reddington (kevinreddington@msn.com)
To: lmather13@yahoo.com
Date: Monday, November 15, 2021, 09:19 PM EST

Sent from my iPhone

Begin forwarded message:

> From: william dyer <pilgrimpaver@icloud.com>
> Date: November 15, 2021 at 7:10:10 PM EST
> To: kevin reddington <kevinreddington@msn.com>
> Subject: I William Dyer was born with adhd and a cleft palate. I was always...

**I William Dyer was born with adhd and a cleft palate. I was always bullied as a child. in school, i could never sit still my mom would always give me chores to do to keep me busy. I had my first job when I was 13 years old washing mr Lalleys trucks at lalleys egg farm in Norwell. at 15 years old I worked as a bus boy at the barn side restaurant, In Hanover. in ninth grade my mom died from breast cancer. I was devastated and lost without my mom, I quit school in 9th grade and and i started drinking I missed my mom so much, I fell in love with my first girlfriend Malinda and in 1987 I had my first child I named her after my mother Jane i was 18 yrs old Malinda ran off with another guy left me with my daughter to take care of by myself. 6 months later she came back she took Jane I paid child support I visited**

Jane every weekend I met my wife Julie in 1988 I got arrested for drinking and driving several times on December 17th 1990 I stopped drinking. on this coming

December 17th

will be 31 years I have not touched alcohol. Julie and I had four children together. my first daughter Jane's mother was on drugs and I got custody of her Julie and I raised five children I put my kids through private schools I have never collected welfare or unemployment. My work is seasonal I have to pay all my loans and bills up thru the winter. My wife Julie got hooked on pills and drinking most likely because I was always working and not spending time with her I am a workaholic from spring to winter I work six days a week and on Sundays I work in my yard I can't stop staying busy I built a successful driveway paving company I have an awesome reputation I take pride in my work I have an awesome crew I have always helped my guys out I buy them coffee donuts every day I buy them lunch pizzas subs I am on every job sight I run my bobcat and paver I also drive my dump trucks. I've always gotten along with people I'm always helping out people. I have five children 11 grandchildren I cosigned a loan to help my son get his first house. My dads wife had MS and couldn't afford to pay for her medical expenses I bought my

fathers house off of him and told him he could live there rent free. I helped my sister buy a condo in Florida because she needed to live down there in the winter because her husband had health issues I've always helped people my whole life I've made several donations to different organizations I donate every year money to the Hanover police retirement fund A fisherman's lobster boat caught on fire in Scituate and he did not have insurance I donated a basketball court in a raffle to help raise money for him to buy a new fishing boat I helped out a visiting nurse in Hanover donated turkeys for elderly Hanover police boys club I've made several donations My father was diagnosed with Alzheimer's it really messed me up to see my father suffering from this terrible disease I started gambling more than I ever did. I don't use drugs or Alcohol or tobacco I started getting worse with my gambling spending so much money on scratch tickets it got out of control my wife's drinking got worse this past February on

February 24th

the IRS raided my house I think it was the best thing to ever happen to me. my wife went to rehab three days later for the first time ever she hasn't had a drink in seven months I started seeing a gambling therapist who recommended

me to go to gambling anonymous meetings I go every

Thursday night

at the hanson Church to GA meeting I haven't bought a scratch ticket since

February 23

I have not cashed one check from my customers I have deposited every check and I have been working so hard this summer at being a great husband to my wife and the best father to my children I sold my house pembroke to raise money to pay the IRS my father lives with me I am taking care of him I pay nurses to come during the day so I can run my business and at night I take care of dad I feed him dinner clean him up I have to change his diaper I have to clean all his urine and feces with baby wipes and put Cream on his buttocks to keep him from getting rashes I have to make sure he is not laying flat he hast to have his head elevated every night it is a lot of work. Dads pension and Social Security would not cover a nursing home I spend money out of my checking account every month to help pay for nurses and the supplies dad needs I'm moving forward I know I was wrong for cashing those checks and not reporting all of my income. now I want to make everything right. I will continue to go to GA

**meetings I have 12 employees on payroll all my customers are informed by my office to make the checks payable to Pilgrim Paving I have hired a new well experience reputable accountant for my business**

Sent from my iPhone