May 14, 2022

To Whom it May Concern:

Bill has been regularly attending the GA meeting in at St Joseph the Worker Parish in Hanson, Ma since we reopened the meeting in March 2021 due to COVID restrictions. Bill recently celebrated his 1 year anniversary and contributes to the group every week.

Thank you.

Lew S.