| Tax Year | 2014 | 2015 |
|---|---|---|
| | | **UNREPORTED INC** |
| Unreported Business Deposits | $ 104,385.78 | $ 128,119.18 |
| Cashed Checks - Unreported Business Income | $ 261,045.00 | $ 193,390.00 |
| **Total Unreported Income** | $ 365,430.78 | $ 321,509.18 |
| | | |
| Per Return | $1,602,555.00 | $1,374,201.00 |
| Gross Receipts as adjusted | $1,967,985.78 | $1,695,710.18 |

|        | 2016         | 2017         | 2018         | Total All Years |
|--------|--------------|--------------|--------------|-----------------|
| :OME   |              |              |              |                 |
|        | $      --    | $      --    | $ 187,724.17 | $  420,229.13   |
|        | $ 384,567.50 | $ 296,460.00 | $ 156,995.00 | $1,292,457.50   |
|        | $ 384,567.50 | $ 296,460.00 | $ 344,719.17 | $1,712,686.63   |
|        |              |              |              |                 |
|        | $1,491,415.59| $1,422,778.00| $1,456,151.00| $7,347,100.59   |
|        | $1,875,983.09| $1,719,238.00| $1,800,870.17| $9,059,787.22   |